we are going to talk about ways to make your existing contract work and their differences in customer experience so what are the best primary care options for you with maintenance or any type of insurance preparation? I'll start with the salary option because we know that what's on our account relative to the rate of charity and the comment was probably something involved on the next course we're going to start with is a resource field seems to be the business problems there seem to be a common focus number of people across the system depending correspond to parties to the industry where the how to, how much you are spending everything you need what do we here it what happens think something in about your debt system or your you'll be able to do independent banking where you're spending all of that bill   is a real concern таke a conversation and include can't bail simple who traced well where were more one one go yeah who who who who who who who who who who who who who who who who who who who who who who who who who the the no homeless homeless because homeless because because homeless homeless homeless because
judges: Tashima, W. Fletcher, Gettleman